496

707 A.2d 224

COMMONWEALTH of Pennsylvania, Appellant,

v.

Richard Alan FELTON, Appellee.

Supreme Court of Pennsylvania.

Argued April 28, 1997.

Decided March 31, 1998.

George P. Skumancik, Tunkhannock, for the Com.

David P. Postako, Tunkhannock, for Richard Alan Felton.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

CASTILLE and NEWMAN, JJ., dissent.